1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CABN 130238)
   Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: 415.436.6857
        Facsimile:  415.436.7234
8       Email: patricia.kenney@usdoj.gov

9  Attorneys for Plaintiff United States of America

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,                )   CASE NO. 14-0780 SC
                                         )
            Plaintiff,                   )
                                         )
        v.                               )   STIPULATION AND ORDER
                                         )   RE: SCHEDULING
$209,815 IN UNITED STATES CURRENCY,      )
                                         )
            Defendant.                   )   IT IS SO ORDERED AS MODIFIED
                                         )
                                         )
JULIO FIGUEROA,                          )
                                         )
            Claimant.                    )
                                         )
                                         )
                                         )
                                         )

The parties through their undersigned counsel agree, subject to the Court's approval, to the following briefing schedule in connection with Claimant's Motion to Suppress:

1. Claimant shall respond to the Special Interrogatories which the United States promulgated pursuant to Supplemental Rule G(6) when they are due, on or before May 5, 2014.

2. The United States shall file its opposition to claimant's motion to suppress on or before May 30, 2014.

3. Claimant shall file his reply in support of his motion to suppress on or before June 6, 2014.

4. The hearing on the motion to suppress will be held on June 20, 2014 at 10:00 a.m.

5. The Case Management Conference currently scheduled for June 20, 2104 shall be rescheduled to Friday, August 22, 2014, at 10:00 a.m. ~~following the Court's ruling on the motion to suppress~~.

IT IS SO STIPULATED:                MELINDA HAAG
                                    United States Attorney

Dated: April 23, 2014               */s/Patricia J. Kenney*
                                    PATRICIA J. KENNEY
                                    Assistant United States Attorney
                                    Attorneys for the United States


                                    LAW OFFICES OF DAVID M. MICHAEL

Dated: April 23, 2014               */s/David M. Michael*
                                    DAVID M. MICHAEL
                                    EDWARD M. BURCH
                                    Attorneys for Julio Figueroa

PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED THAT THE PARTIES ADHERE TO THE ABOVE, AGREED UPON BRIEFING SCHEDULE AND FURTHER THAT THE CASE MANAGEMENT CONFERENCE SHALL BE RESCHEDULED ~~AFTER THE~~ to Friday, August 22, 2014, at 10:00 a.m. ~~RESOLUTION OF THE PENDING MOTION TO SUPPRESS~~.

04/24/2014                          _____
                                    THE HONORABLE [SAMUEL CONTI]
                                    United States District [Judge]

IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

STIP & ORD RE: SCHEDULING
NO. 14-0780 SC