DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
LAW OFFICES OF DAVID M. MICHAEL
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:  (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:       david@davidmichaellaw.com

Attorneys for Claimant
JULIO FIGUEROA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>$209,815 IN UNITED STATES CURRENCY,<br><br>              Defendant.<br>_____/<br><br>JULIO FIGUEROA,<br><br>              Claimant.<br>_____/ | No. 3:14-cv-00780-SC<br><br>**STIPULATION TO EXTEND TIME FOR MOTION TO SUPPRESS REPLY BRIEF** *NUNC PRO TUNC* |

The parties through their undersigned counsel agree, subject to the Court's approval, that Claimant may have up to and including June 13, 2014, to file his reply in support of his motion to suppress.

The reply brief was due on or before June 10, 2014. The reason the Claimant has requested counsel for Plaintiff to agree an extension for the filing deadline by three days is due to unexpected increased case load, mainly regarding Claimant's counsel's ongoing murder prosecution in Orange County, California, while co-counsel Burch was overseas on a long planned vacation. Counsel for Plaintiff graciously agreed.

Stipulation Extending Time for Repy Brief Re Motion to Suppress                                                                                       1
No. 3:14-cv-00780-SC

1    IT IS SO STIPULATED:

2

3                                             LAW OFFICES OF DAVID M. MICHAEL

4    Dated: 13 June 2014

5                                             *s/Edward M. Burch*
                                              DAVID M. MICHAEL
6                                             EDWARD M. BURCH
                                              Attorneys for Claimant Julio Figueroa
7

8
                                              MELINDA HAAG
9                                             United States Attorney

10   Dated: 13 June 2014

11

12                                            s/*Patricia J. Kenney*
                                              PATRICIA J. KENNEY
13                                            Assistant United States Attorney
                                              Attorneys for the United States
14

15   PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED.

16   Dated:  6/16/2014

17
                                              _____
18                                            THE HONORABLE SAMUEL CONTI
                                              United States District Judge
19

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]

Stipulation Extending Time for Repy Brief Re Motion to Suppress                          2
No. 3:14-cv-00780-SC

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that, on 13 June 2014, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Edward M. Burch*
EDWARD M. BURCH
Attorney for Claimant Julio Figueroa