MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.7234
    Email: patricia.kenney@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$209,815 IN UNITED STATES CURRENCY,<br><br>    Defendant.<br><br>JULIO FIGUEROA,<br><br>    Claimant. | CASE NO. 14-0780 SC<br><br>ORDER STRIKING CLAIMANT'S CLAIM BECAUSE CLAIMANT FAILED TO ESTABLISH STANDING |

1    UPON CONSIDERATION of the motion of the United States to strike claimant's claim because
2 claimant failed to establish that he has standing, claimant's opposition to that motion, the entire record
3 and for good cause shown, it is by the Court on this ____ day of July, 2014,
4    ORDERED that the claimant's claim is stricken pursuant to Rule G(8)(c)(i)(B) of the
5 Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

_____
THE HONORABLE SAMUEL CONTI
United States Senior District Judge