MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile:  415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>$209,815 IN UNITED STATES CURRENCY,<br><br>           Defendant.<br><br>JULIO FIGUEROA,<br><br>           Claimant. | CASE NO. 14-0780 SC<br><br>STIPULATION AND ORDER TAKING AUGUST 28, 2015 CASE MANAGEMENT CONFERENCE OFF CALENDAR<br><br>Date: August 28, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 1 – 17th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA |

    The parties agree, subject to the Court's approval, to take the August 28, 2015 case management conference off calendar. At the time that the Clerk set that CMC on June 24, the CMC followed the hearing on the parties' cross motions for summary judgment which was scheduled for July 31, 2015. *See* Clerk's Notice, filed June 24, 2015 (rescheduling the CMC to August 28, 2015); Stipulation and

STIP & ORDER RE: SCHEDULING
NO. 14-CV-00780 SC           1

Order Re: Scheduling (rescheduling the hearing on the cross motions to July 31, 2015), filed June 19, 2015. At this time, however, although the parties have filed cross motions for summary judgment, the Court allowed claimant to file a surreply (which he did on August 4, 2015), and has allowed the government to respond (which it intends to do, on or before August 18, 2015). *See* Order, etc., filed July 28, 2015, at 3.

In addition, once the Court resolves the pending summary judgment motion, there is already a schedule in place which sets a CMC. Specifically, the Court entered a stipulated order that provides:

1. The parties have 75 days to complete discovery from the date of the Court order resolving claimant's motion.
2. The parties call the clerk to schedule a case management conference approximately two weeks before the close of discovery.
3. The parties have 14 days from the close of discovery to identify experts.
4. The parties have 21 days from the identification of expert witnesses to identify rebuttal expert witnesses.
5. The parties have 30 days from the identification of rebuttal expert witnesses to complete expert discovery.

*See* Stipulation and Order, etc., entered May 13, 2015.

In sum, with pending motions, there is no need to have a CMC on August 28, 2015, and there is no need for rescheduling a CMC because of the schedule the Court previously ordered.

IT IS SO STIPULATED:

Date: August 14, 2015

MELINDA HAAG
United States Attorney

*/s/ Patricia J. Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney

LAW OFFICES OF DAVID M. MICHAEL

Date: August ____, 2015

_____
DAVID M. MICHAEL
EDWARD M. BURCH
Attorneys for claimant Julio Figueroa

IT IS SO ORDERED ON THIS ____ DAY OF AUGUST, 2015, THAT THE CMC SCHEDULED FOR AUGUST 26, 2015 IS TAKEN OFF CALENDAR.

_____
HONORABLE SAMUEL CONTI
United States District Judge

STIP & ORDER RE: SCHEDULING
NO. 14-CV-00780 SC

2

1  Order Re: Scheduling (rescheduling the hearing on the cross motions to July 31, 2015), filed June 19,
2  2015. At this time, however, although the parties have filed cross motions for summary judgment, the
3  Court allowed claimant to file a surreply (which he did on August 4, 2015), and has allowed the
4  government to respond (which it intends to do, on or before August 18, 2015). *See* Order, etc., filed July
5  28, 2015, at 3.
6        In addition, once the Court resolves the pending summary judgment motion, there is already a
7  schedule in place which sets a CMC. Specifically, the Court entered a stipulated order that provides:

   1. The parties have 75 days to complete discovery from the date of the Court order resolving claimant's motion.
   2. The parties call the clerk to schedule a case management conference approximately two weeks before the close of discovery.
   3. The parties have 14 days from the close of discovery to identify experts.
   4. The parties have 21 days from the identification of expert witnesses to identify rebuttal expert witnesses.
   5. The parties have 30 days from the identification of rebuttal expert witnesses to complete expert discovery.

13  *See* Stipulation and Order, etc., entered May 13, 2015.
14        In sum, with pending motions, there is no need to have a CMC on August 28, 2015, and there is
15  no need for rescheduling a CMC because of the schedule the Court previously ordered.

16  IT IS SO STIPULATED:            MELINDA HAAG
17                                   United States Attorney
18  Date: August ____, 2015
                                     _____
19                                   PATRICIA J. KENNEY
                                     Assistant United States Attorney
20
                                     LAW OFFICES OF DAVID M. MICHAEL
21  Date: August 14, 2015
                                     _____
22                                   DAVID M. MICHAEL
                                     EDWARD M. BURCH
23                                   Attorneys for claimant Julio Figueroa

24  IT IS SO ORDERED ON THIS 17th DAY OF AUGUST, 2015, THAT THE CMC SCHEDULED
25  FOR AUGUST 26, 2015 IS TAKEN OFF CALENDAR.
26
                                     _____
27                                   HONORABLE SAMUEL CONTI
                                     United States District Judge
28

STIP & ORDER RE: SCHEDULING
NO. 14-CV-00780 SC                         2