IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:14-cv-00780 |
| ) | |
| Plaintiff, ) | ORDER TO REVISE FILING |
| ) | |
| v. ) | |
| ) | |
| $209,815 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| JULIO FIGUEROA, ) | |
| ) | |
| Claimant. ) | |
| ) | |
| _____ ) | |

The Court requested or otherwise permitted further responsive pleadings in the above captioned case. See Order of the Court dated July 28, 2015, ECF No. 132 ("Surreply Order"). The Court is in now receipt thereof. See ECF Nos. 133 ("Surreply"), 137 ("Surreply Opp'n").

In the Surreply Order, the Court acknowledged that the United States expressly objected to the length of Claimant's originally proposed Surreply and accordingly limited Claimant's Surreply to five (5) pages, per Civil Local Rule 7-3(d)(1). See Surreply Order

at 2-3.  Claimant substantially complied.  <u>See generally</u> Surreply (spanning 5 pages of text).  The Court was therefore highly displeased to see the United States file an opposition to the Surreply that exceeded five pages.  <u>See generally</u> Surreply Opp'n (spanning 8 pages of text).  The Court was confident its earlier order was sufficiently clear.  Apparently not.

The Court will not limit one side without similarly limiting the other absent proper legal justification.  Finding no such justification here, the Court hereby ORDERS the United States to revise its Surreply Opp'n to not more than five (5) pages of text within three (3) days of the date of this order.  Failure to file a revised edition will result in the Court striking from the Surreply Opp'n any text following the end of the fifth page.

IT IS SO ORDERED.

Dated: August 19, 2015                    _____
                                          United States District Judge