**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cv-00780 |
| Plaintiff, | ORDER CLARIFYING ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| $209,815 IN UNITED STATES CURRENCY, | |
| Defendant. | |
| JULIO FIGUEROA, | |
| Claimant. | |

It has come to the Court's attention that on page 29, lines 27-28, the Court inadvertently included the words "may be requested" in the Order of the Court dated October 14, 2015, ECF No. 142. This extra language was a clerical mistake. To avoid any confusion, these extra words are hereby stricken. See Fed. R. Civ. P. 60(a). The remainder of the Order stands.

IT IS SO ORDERED.

Dated: October 26, 2015      _____
                                                        UNITED STATES DISTRICT JUDGE