IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-14-0780 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN FILINGS; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| $209,815 IN UNITED STATES CURRENCY, | |
| Defendant. | |
| JULIO FIGUEROA, | |
| Claimant. | |

Before the Court is claimant Julio Figueroa's "Motion for Reconsideration of Summary Judgment as Authorized by 10/14/15 Order," filed November 23, 2015, in which claimant seeks reconsideration of the "Order Denying Motions for Summary Judgment," filed October 14, 2015, to the extent said order denied claimant's motion for summary judgment.

The above-titled action was reassigned to the undersigned on November 3, 2015. To facilitate the Court's review of the instant motion, the Court directs the parties to provide chambers copies of the following documents previously filed in this case:

1. No later than December 7, 2015, claimant shall submit a chambers copy of each

1. document he previously filed and which he references in his motion for reconsideration. (See, e.g., Claimant's Mot., filed November 23, 2015, at 4:15-17. 5:23-24, 6:19-25.)

2. The government shall submit, at the time it submits a chambers copy of its opposition or other response to the instant motion, a chambers copy of each document it previously filed and which it references therein.

3. In the event claimant, in his reply, relies on any document he previously filed and on which he has not relied in his motion for reconsideration, claimant shall submit a chambers copy thereof at the time he submits a chambers copy of his reply.

Lastly, in light of the pendency of the motion for reconsideration, which is set for hearing on January 8, 2015, the Case Management Conference is hereby CONTINUED from January 15, 2015, to February 26, 2016, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than February 19, 2016.

**IT IS SO ORDERED.**

Dated:  December 2, 2015

MAXINE M. CHESNEY
United States District Judge

2