1  DAVID M. MICHAEL, CSBN 74031
   EDWARD M. BURCH, CSBN 255470
2  LAW OFFICES OF DAVID M. MICHAEL
3  One Sansome Street, Suite 3500
   San Francisco, CA 94104
4  Telephone:  (415) 946-8996
   Facsimile:   (877) 538-6220
5  E-mail:       edward@davidmichaellaw.com

6
   Attorneys for Claimant
7  JULIO FIGUEROA

8               **UNITED STATES DISTRICT COURT**
9               **NORTHERN DISTRICT OF CALIFORNIA**

10 UNITED STATES OF AMERICA,

11          Plaintiff,                    No. 3:14-cv-00780-MMC

12 v.                                     ORDER APPROVING

13 $209,815 IN UNITED STATES CURRENCY,    **STIPULATION TO EXTEND TIME BY FOR CLAIMANT'S REPLY BRIEF IN SUPPORT OF CLAIMANT'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT AS AUTHORIZED BY 10/14/15 ORDER (Doc. 148)**
14          Defendant.
15 _____/

16 JULIO FIGUEROA,

17          Claimant.
18 _____/

19

20     The parties through their undersigned counsel agree, subject to the Court's approval, that
21 Claimant may have up to and including December 18, 2015, to file his reply brief in support of
22 his motion for reconsideration (Doc. 148, filed 11/23/15) which was authorized by the Court's
23 10/14/15 Order.
24     The reply brief is currently due tomorrow, December 15, 2015, and the motion hearing is
25 currently scheduled for Friday, January 8, 2015.
26     The government has no objection if the Court grants counsel's request to extend the time
27 for filing a reply to and including Friday, December 18, 2015.
28     The reason for this stipulation is that Claimant's expert has a personal matter that has

Stipulation Extending Time for Reply re Claimant Motion for Reconsideration          1
No. 3:14-cv-00780-MMC

prevented him from completing work for the reply papers, and also to accommodate Claimant's counsel's schedule.

IT IS SO STIPULATED:

          LAW OFFICES OF DAVID M. MICHAEL

Dated: 14 December 2015

          *s/Edward M. Burch*
          DAVID M. MICHAEL
          EDWARD M. BURCH
          Attorneys for Claimant Julio Figueroa

          BRIAN J. STRETCH
          Acting United States Attorney

Dated: 14 December 2015

          s/*Patricia J. Kenney*
          PATRICIA J. KENNEY
          Assistant United States Attorney
          Attorneys for the United States

**ATTESTATION OF COUNSEL AS TO OTHER SIGNATORIES**

    I attest that concurrence and consent in the filing of this document has been obtained from each of the other signatories, or from the single signatory, which shall serve in lieu of their signature(s) on this document.

Dated: 14 December 2015

          *s/Edward M. Burch*
          EDWARD M. BURCH

PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED.

Dated: December 15, 2015

          _____
          THE HONORABLE MAXINE M. CHESNEY
          United States District Judge