BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$209,815 IN UNITED STATES CURRENCY,<br><br>    Defendant.<br><br>JULIO FIGUEROA,<br><br>    Claimant. | CASE NO. 14-0780 MMC<br><br>ORDER RE: SCHEDULING ; CONTINUING DEADLINE FOR PLAINTIFF TO FILE REPLY; VACATING JANUARY 29, 2016, HEARING |

1  UPON CONSIDERATION of the administrative motion of the United States to reschedule the
2  filing date for its reply brief, ~~the entire record~~ claimant Julio Figueroa's response thereto, and for good cause shown, it is by the Court on this <u>29th</u>
3  day of December 2015,
4  ORDERED that the United States has to and including January 22, 2016 to file its reply brief in
5  support of its motion for reconsideration; and it is further
6  ORDERED that the hearing on the parties' motions for reconsideration ~~will be held on~~ presently set for January
7  29, 2016 at 9:00 a.m. is vacated.  Upon completion of briefing, the Court will advise the parties if
8  oral argument is necessary and, if so, will schedule a hearing.

*[signature: Maxine M. Chesney]*
THE HONORABLE MAXINE M. CHESNEY
Senior District Court Judge

Order Re: Scheduling
NO. 14-CV-00780 MMC                    1