IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

$209,815 IN UNITED STATES CURRENCY,

    Defendant.

Case No. 14-cv-00780-MMC

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

By order filed concurrently herewith, the Court has denied the parties' respective motions for reconsideration of the order of October 14, 2015, by which the Honorable Samuel Conti denied the parties' respective motions for summary judgment.

Accordingly, the Court hereby sets a Case Management Conference for Friday, July 22, 2016, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than July 15, 2016.[1]

**IT IS SO ORDERED.**

Dated: April 21, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] In light of the above, the second numbered directive listed in the Stipulation and Order filed February 22, 2016, is hereby VACATED; the discovery deadlines set forth therein remain in effect.